LAMB *v.* RAWLES.

APPEAL from the *Fountain* Court of Common Pleas.

*Per Curiam.*—The judgment in this case is affirmed with 1 per cent. damages and costs, upon the reasons given in *Cowdin* v. *Huff*, at the *November* term, 1857 (1).

*S. C. Willson* and *J. E. McDonald*, for the appellant.

*J. Ristine*, for the appellee.

(1) *Ante,* 83.